JASON HICKS, ESQ.
Nevada Bar No. 13149
KERRY E. KLEIMAN, ESQ.
Nevada Bar No. 14071
COLLIN M. R. WEIRES, ESQ.
Nevada Bar No. 17320
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
Telephone: (702) 792-3773
Email: jason.hicks@gtlaw.com
kerry.kleiman@gtlaw.com
collin.weires@gtlaw.com

*Attorneys for Defendant Amazon.com Services, LLC*

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL REDERFORD,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>Defendant. | Case No.: 2:26-cv-03245 JAD-BNW<br><br>**STIPULATION AND (PROPOSED) ORDER TO EXTEND DEADLINE TO FILE RESPONSE TO COMPLAINT (ECF NO. 1)**<br><br>**(FIRST REQUEST)** |

Plaintiff Daniel Rederford ("Mr. Rederford" or "Plaintiff") and Defendant Amazon.com Services, LLC ("Amazon" or "Defendant"), by and through their respective counsel of record (together, the "Parties"), hereby stipulate and agree, pursuant to LR IA 6-1, to extend the deadline for Amazon to respond to Plaintiff's Complaint (ECF No. 1). This is the First Request to extend the time to respond to the Complaint.

The Parties hereby stipulate to the following:

1. Plaintiff filed a Complaint (the "Complaint") in the above-captioned case on October 2, 2026, in the United States District Court for the District of Nevada (ECF No. 1).

2. Defendant was served on October 9, 2026. The current deadline for Defendant to respond to the Complaint is therefore October 30, 2026.

3. The Parties stipulate that Defendant will have up to and including November 13, 2026, to respond to the Complaint.

4. This is the Parties' first request to extend the deadline for the response to the Complaint.

5. This Stipulation is made in good faith and not for an improper purpose or to delay. Rather, good cause supports the request because Amazon needs additional time to investigate Mr. Rederford's allegations and prepare a response.

**IT IS SO STIPULATED**

DATED: October 22, 2026

**GREENBERG TRAURIG, LLP**

*/s/ Jason Hicks*
JASON HICKS, ESQ.
Nevada Bar No. 13149
KERRY E. KLEIMAN, ESQ.
Nevada Bar No. 14071
COLLIN M. R. WEIRES, ESQ.
Nevada Bar No. 17320
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135

*Attorneys for Defendant*
*Amazon.com Services, LLC*

DATED: October 22, 2026

**FREIMAN LEGAL**

*/s/ Lawrence W. Freiman*
LAWRENCE W. FREIMAN, ESQ.
Nevada Bar No. 10588
100 Wilshire Blvd., Suite 700
Santa Monica, CA 90401

*Attorney for Plaintiff*
*Daniel Rederford*

**ORDER**

IT IS HEREBY ORDERED that the Parties' stipulation to extend the deadline for Defendant to file its response to Plaintiff's Complaint (ECF No. 1) is hereby GRANTED. The date for Defendant to file its response to the Complaint will be extended to November 13, 2026.

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: October 23, 2026



Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, NV 89135
(702) 792-3773
(702) 792-9002 (fax)